UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

vs.   CASE NO. 2:12-CR-60-FtM-99SPC

**TODD ALAN BENFIELD**

_____/

### ORDER OF FORFEITURE

This matter comes before the Court on the United States' Motion for a Preliminary Order of Forfeiture, filed on July 12, 2012 (Doc. #11). The Defendant, Todd Alan Benfield, pleaded guilty to killing a Florida Panther (Doc. #3), an endangered species protected under the Endangered Species Act of 1973, as enumerated in 50 C.F.R. §17.11(h). He was sentenced by the undersigned to a period of incarceration, probation with conditions, fines, and costs.

Where the government seeks the forfeiture of specific property, the Court must determine whether the government has established the requisite nexus between the designated property and the convicted offense. Fed. R. Crim. P. 32.2(b)(1)(A). The killing, committed on or about October 8, 2009, in violation of 16 U.S.C. §§1538(a)(1)(B) and 1540(b)(1), was carried out with a compound bow and 3-blade broadhead tipped arrow. Pursuant to 16 U.S.C. § 1540(e)(4)(B) and 28 U.S.C. §2461(c), the United States seeks the forfeiture of various bow hunting articles in the possession of the Defendant. Under 16 U.S.C. §1540(e)(4)(B),

> All guns, traps, and other equipment…used in the taking of any fish or wildlife in violation of this Act, any regulation made pursuant thereto, or any permit or certificate issued thereunder, shall be subject to forfeiture to the United States upon conviction of a criminal violation pursuant to 11(b)(1) of this title.

Furthermore, the Court made the forfeiture of the designated articles a condition of probation in its Judgment (Doc. #3) filed on July 27, 2012. In the Judgment Order, the Court directed as follows:

> The defendant shall forfeit to the United States immediately and voluntarily any and all assets previously identified in the Plea Agreement, including: a Mathews Solocam Switchbatch XT Bow with sights, shock compensator and accessories; Mechanical Bow Release; Arrow used to kill Florida Panther with 3 bladed Muzzy Broadhead; Bow Case; Ladder Tree Stand; and Arrow with Broadhead (Muzzy 3 blade).

Doc. #13

After reviewing the record, this Court finds that the requisite nexus exists between the convicted offense and the property made the subject of forfeiture. Further, the Court finds the Defendant freely and voluntarily relinquished his rights to the property be entering into the plea agreement in this matter.

Accordingly, it is now

**ORDERED:**

The Motion for an Order of Forfeiture is **GRANTED.** Defendant's right, title, and interest in the following property are hereby forfeited to the United States:

(1) Mathews Solocam Switchback XT Bow with sights, shock compensator, and accessories;

(2) Mechanical Bow Release;

(3) Arrow with a 3-blade Muzzy broadhead, used to kill a Florida Panther

(4) Bow Case;

(5) Ladder Tree Stand; and

(6) Arrow with a 3-blade Muzzy broadhead.

**DONE and ORDERED** at Fort Myers, Florida, this 20th day of August, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record